819 A.2d 534

**Ralph GRIFFITH, Appellant**

v.

**John SNADER and Kennett Township and Commonwealth of Pennsylvania, Department of Transportation, Appellees.**

Supreme Court of Pennsylvania.

March 24, 2003.

## ORDER

PER CURIAM.

**AND NOW,** this 24th day of March, 2003, we **DISMISS** the appeal as having been improvidently granted.